UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ACCESS CENTER FOR
INDEPENDENT LIVING, *et al.*,

    Plaintiffs,

vs.

WP GLIMCHER, INC., *et al.*,

    Defendants.

Case No. 3:15-cv-444

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman
(Mediator)

## ORDER

The case is hereby **REFFERED** to United States Magistrate Judge Michael J. Newman for the purpose of continuing meditation efforts with the parties. Judge Newman has set the matter for a second mediation on **January 30, 2017 at 9:00 a.m.** at **the Federal Building, 200 West Second Street, Room 505, Dayton, Ohio, 45402**.

Because the parties are continuing efforts to settle the case, the Court **VACATES** the First Amended Scheduling Order (doc. 34). The parties shall jointly file a Proposed Second Amended Scheduling Order with the Court on or before **February 13, 2017**.

All discovery outstanding as of today shall be produced within (7) days. All other discovery efforts in this case are hereby **STAYED** pending issuance of a Second Amended Scheduling Order.

    **IT IS SO ORDERED.**

Date:  January 12, 2017

Thomas M. Rose
United States District Judge